# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2349
LT Case No. 2010-CF-14001-A

_____

ANTONIO DEWAYNE ADAMS-MAXWELL,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Antonio Dewayne Adams-Maxwell, Milton, pro se.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.

March 12, 2024

PER CURIAM.

    AFFIRMED.

KILBANE, MACIVER, AND PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____